| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION |
| Case number *(if known)*              Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   BioMedNanoTech, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   46-1217717

4. **Debtor's address**

   **Principal place of business**  
   3214 Charles B. Root Wynd  
   Suite 213-B  
   Raleigh, NC 27612  
   Number, Street, City, State & ZIP Code

   Wake  
   County

   **Mailing address, if different from principal place of business**  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   500 S. University Avenue  
   Suite 504 Little Rock, AR 72205  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership  
   ☐ Other. Specify:

| | | |
|---|---|---|
| 7. | Describe debtor's business | A. *Check one:* |

  ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
  ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
  ☐ Railroad (as defined in 11 U.S.C. § 101(44))
  ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
  ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
  ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
  ■ None of the above

  B. *Check all that apply*
  ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
  ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
  ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

  C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
  See http://www.naics.com/search/.
  ____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

District: Eastern District of Arkansas    When: 11/16/15    Case number: 4:15-bk-15819
District: _____    When: _____    Case number: _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor: _____    Relationship to you: _____
District: _____    When: _____    Case number, if known: _____

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### ■ Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 14, 2015
              MM / DD / YYYY

X  /s/ Md. Zakir Hossain                            Md. Zakir Hossain
   Signature of authorized representative of debtor    Printed name

Title   President

**18. Signature of attorney**

X  /s/ Trawick H. Stubbs, Jr.                       Date  December 14, 2015
   Signature of attorney for debtor                       MM / DD / YYYY

Trawick H. Stubbs, Jr.
Printed name

Stubbs & Perdue, P.A.
Firm name

PO Box 1654
New Bern, NC 28563
Number, Street, City, State & ZIP Code

Contact phone   252-633-2700      Email address

4221
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BioMedNanoTech, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Muhammad Husain, M.D.<br>4300 W. 7th Street<br>Ste. 2E-147<br>Little Rock, AR 72205 | | Loan | | | | $55,000.00 |
| BioFire Diagnostics, LLC<br>Attn: Manager, Agent, Officer<br>390 Wakara Way<br>Salt Lake City, UT 84108 | | Business Debt | | | | $25,000.00 |
| Ward and Smith, P.A.<br>Attn:  Paul Fanning<br>P.O. Box 8088<br>Greenville, NC 27835 | | Attorney's Fees | | | | $15,000.00 |
| Mash Associates<br>Attn: Manager, Agent, Officer<br>3214 Charles B. Root Wynd<br>Suite 217<br>Raleigh, NC 27612 | | Unpaid rent | | | | $9,600.00 |
| Little Rock Medical Assoc.<br>Attn: Manager, Agent, Officer<br>500 South University Avenue<br>Little Rock, AR 72205 | | Unpaid rent | | | | $6,600.00 |
| Victor Harper<br>717 South Lincoln Avenue<br>Star City, AR 71667 | | Attorney's Fees | | | | $1,800.00 |

| Debtor | BioMedNanoTech, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kareo, Inc. Attn: Manager, Agent, Officer 3353 Michelson Suite 400 Irvine, CA 92612 | | | | | | $1,800.00 |
| Time Warner Cable Attn: Manager, Agent, Officer 60 Columbus Circle 16th FL New York, NY 10023 | | | | | | $1,500.00 |
| Fisher Scientific Attn: Manager, Agent, Officer 4500 Turnberry Drive Hanover Park, IL 60133 | | | | | | $990.82 |
| Comcast, Inc. Attn: Manager, Agent, Officer 700 Dresher Road Horsham, PA 19044 | | | | | | $600.00 |
| ADT Private Security Attn: Manager, Agent, Officer 1 State Police Plaza Dr Little Rock, AR 72209 | | | | | | $500.00 |
| Pulaski Co. Assessor's Office Attn: Manager, Agent, Officer 201 S. Broadway, Suite 310 Little Rock, AR 72201 | | | | | | $0.00 |
| Wake County Revenue Dept Attn: Manager or Agent PO Box 2331 Raleigh, NC 27602 | | | | | | $0.00 |

# United States Bankruptcy Court
### Eastern District of North Carolina - Raleigh Division

In re  BioMedNanoTech, Inc.  
      Debtor(s)

Case No.  
Chapter  11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  December 14, 2015

/s/ Md. Zakir Hossain  
Md. Zakir Hossain/President  
Signer/Title

BIOMEDNANOTECH, INC.
3214 CHARLES B. ROOT WYND
SUITE 213-B
RALEIGH, NC 27612

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

SECURITIES & EXCHANGE COM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

N.C. DEPT. OF COMMERCE, DES
ATTN: MANAGER OR AGENT
P.O. BOX 26504
RALEIGH, NC 27611

ADT PRIVATE SECURITY
ATTN: MANAGER, AGENT, OFFICER
1 STATE POLICE PLAZA DR
LITTLE ROCK, AR 72209

BIOFIRE DIAGNOSTICS, LLC
ATTN: MANAGER, AGENT, OFFIC
390 WAKARA WAY
SALT LAKE CITY, UT 84108

COMCAST, INC.
ATTN: MANAGER, AGENT, OFFICER
700 DRESHER ROAD
HORSHAM, PA 19044

FISHER SCIENTIFIC
ATTN: MANAGER, AGENT, OFFICER
4500 TURNBERRY DRIVE
HANOVER PARK, IL 60133

KAREO, INC.
ATTN: MANAGER, AGENT, OFFIC
3353 MICHELSON SUITE 400
IRVINE, CA 92612

KUTAK ROCK LLP
ATTN: ANDREW KING, ESQ.
124 W CAPITOL AVENUE, STE 2000
LITTLE ROCK, AR 72201

LITTLE ROCK MEDICAL ASSOC.
ATTN: MANAGER, AGENT, OFFICER
500 SOUTH UNIVERSITY AVENUE
LITTLE ROCK, AR 72205

MASH ASSOCIATES
ATTN: MANAGER, AGENT, OFFIC
3214 CHARLES B. ROOT WYND
SUITE 217
RALEIGH, NC 27612

MD. ZAKIR HOSSAIN
710 CHAPPELL DRIVE, APT. A
RALEIGH, NC 27606

MUHAMMAD HUSAIN, M.D.
4300 W. 7TH STREET
STE. 2E-147
LITTLE ROCK, AR 72205

PULASKI CO. ASSESSOR'S OFFI
ATTN: MANAGER, AGENT, OFFIC
201 S. BROADWAY, SUITE 310
LITTLE ROCK, AR 72201

SIMMONS FIRST NATIONAL BANK
ATTN: MANAGER, AGENT, OFFICER
425 W. CAPITOL AVENUE, 12TH FL
LITTLE ROCK, AR 72201

TIME WARNER CABLE
ATTN: MANAGER, AGENT, OFFICER
60 COLUMBUS CIRCLE 16TH FL
NEW YORK, NY 10023

VICTOR HARPER
717 SOUTH LINCOLN AVENUE
STAR CITY, AR 71667

WAKE COUNTY REVENUE DEPT
ATTN: MANAGER OR AGENT
PO BOX 2331
RALEIGH, NC 27602

WARD AND SMITH, P.A.
ATTN: PAUL FANNING
P.O. BOX 8088
GREENVILLE, NC 27835